IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| HENRY ALLEN SASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-048 |
| | ) | |
| JAMES DONALD, Commissioner, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, because Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, this case is **DISMISSED**, without prejudice.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE